

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 19, 1939

Mr. Claude A. Williams
Assistant Secretary of State
Austin, Texas

Dear Sir:

Opinion No. O-651
Re: Charter for Electrical
Mechanics Local Union No.
1 of Dallas County

Your letter of April 12th with which you hand us the application for charter of the Electrical Mechanics Local Union No. 1 of Dallas County, Texas, has been received.

You asked whether the charter should be granted. We have carefully examined same, and in our opinion there is no reason why the charter should not be granted.

In connection with this matter you asked whether the Secretary of State has the power and authority to inquire into the organization of a proposed corporation which has presented a proposed charter, legal upon its face, and in proper form, stating a purpose authorized by the laws of the State of Texas.

If the application for the proposed charter is legal upon its face, and states a purpose authorized by law, then you have no right to inquire into the motives of the incorporators. However, if the purpose clause does not reveal sufficient facts for you to determine the real purpose, or if you have any question about the purpose clause coming within the purview of the statutes, or if the purpose clause is so written as to conceal the real purpose, you have a right to make such investigation as you deem wise, and unless the purpose clause is sufficient, and unless the real purpose for which the corporation

Mr. Claude A. Williams, April 19, 1939, Page 2.


is being organized is authorized by law, you would have a
right to refuse same.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By                                        

George W. Barcus<br>Assistant

GWB:PBP

APPROVED:

ATTORNEY GENERAL OF TEXAS